IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER BARNHART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDEA AMERICA CORP.,<br><br>Defendant. | Case No. 2:25-cv-8051<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Heather Barnhart, and her counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against Defendant MIDEA AMERICA CORP.

Dated: Carle Place, New York
June 10, 2025

**LEEDS BROWN LAW, P.C.**

  /s/Brett R. Cohen
Brett R. Cohen
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550

*Attorneys for the Named Plaintiff & Putative Class*

---

**SO ORDERED.**

s/ *Susan D. Wigenton*
**HON. SUSAN D. WIGENTON**
UNITED STATES DISTRICT JUDGE
Dated:  June 11, 2025

1